THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Craig Geathers, Appellant.
 
 
 

Appeal From Georgetown County
 Benjamin H. Culbertson, Circuit Court
Judge

Unpublished Opinion No. 2012-UP-259   
 Submitted April 2, 2012  Filed May 2,
2012

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Christina J. Catoe, all of Columbia; and
 Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM: Craig Geathers appeals his convictions of armed
 robbery and kidnapping, arguing the trial court erred in admitting irrelevant
 testimony.  We affirm[1] pursuant to Rule 220(b)(1), SCACR,
 and the following authorities: State v. Dickerson, 395 S.C. 101, 116,
 716 S.E.2d 895, 903 (2011) ("The admission of evidence is within the
 [trial] court's discretion and will not be reversed on appeal absent an abuse
 of that discretion."); Rule 401, SCRE ("'Relevant evidence' means
 evidence having any tendency to make the existence of any fact that is of
 consequence to the determination of the action more probable or less probable
 than it would be without the evidence."); State v. Aleksey, 343
 S.C. 20, 35-36, 538 S.E.2d 248, 256 (2000) (holding a statement that related to
 the defendant's motive was relevant and, therefore, admissible); Rule 404(a),
 SCRE (noting character evidence is inadmissible only when used for the purpose
 of proving action in conformity therewith); State v. Sweat, 362 S.C.
 117, 132, 606 S.E.2d 508, 516 (Ct. App. 2004) (noting a trial court is given
 broad discretion in making a Rule 403, SCRE, determination).  
AFFIRMED.
WILLIAMS, THOMAS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.